**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

William WALLACE

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

ANHEUSER BUSCH

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☑Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | William WALLACE |
| | Street Address | 116 HAWTHRONE AVE Nwk NJ 07112 |
| | County, City | ESSEX COUNTY Nwk. NJ |
| | State & Zip Code | NJ 07112 |
| | Telephone Number | 862 4146954 |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _ANHEUSER BUSCH_

Street Address _200 USA HIGHWAY NINE_

County, City _ESSEX COUNTY_

State & Zip Code _NJ_

Defendant No. 2

Name _CIGNA INSURANCE CO._

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [✓] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _CASE FRAUD STATUTORY TERMINATION OF EMPLOYMENT / FAILURE TO PAY WORKERS COMP BENEFITS_

-2-

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____ IN USA _____

Defendant(s) state(s) of citizenship IN USA _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

| What happened to you? | C.    Facts: _____ |
| --- | --- |

| Who did what? |
| --- |

| Was anyone else involved? |
| --- |

| Who else saw what happened? |
| --- |

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _CHECK COMPLAINT_

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_PAYMENTS OF ALL ENTITLEMENTS_

-4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this_____day of_____, 20_____.

Signature of Plaintiff _____

Mailing Address ____V/16 HAWTHRONE AVE____

____NEWK NS   07112____

Telephone Number _862 4146954_____

Fax Number *(if you have one)* _____

E-mail Address _SHADUNEXEANU @ GMAIL. COM_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff _____

- 5 -

Helpful Hints:

~ All original papers submitted for consideration to the Court are to be filed with the **Clerk of this Court**. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting pro se). Proof that service has been made is provided by a certificate of service. This certificate should be filed in the case along with the original papers and should show the day and manner of service.

   Example:     "I, (name), do hereby certify that a true and correct copy of the foregoing (name of pleading or other paper) has been served upon (name(s) of person(s) served) by placing the same in the U.S. Mail, properly addressed this (date) day of (month), (year)."

   (Signature)

~ Any request for court action shall be set forth in a motion, properly filed and served. (Please see the Motion Guide included in this packet.)

~ No direct communication is to take place with the District Judge or United States Magistrate Judge with regard to this case. **All relevant information and papers are to be directed to the Clerk.**

~ The parties should notify the Clerk's office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.